# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 11, 2025

## NO. 03-24-00661-CV

**B. C. and J. G. F., Appellants**

**v.**

**Texas Department of Family and Protective Services, Appellee**

**APPEAL FROM COUNTY COURT AT LAW NO. 1 OF WILLIAMSON COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES KELLY AND ELLIS
REVERSED AND REMANDED -- OPINION BY JUSTICE KELLY**

This is an appeal from the order terminating parental rights signed by the trial court on October 16, 2024. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the order. Therefore, the Court reverses the trial court's termination order and remands the case to the trial court for further proceedings consistent with this Court's opinion. Appellee shall pay all costs related to this appeal, both in this Court and in the court below.